1018

COREY McCRAREY, *Respondent*, v. THE LAVENDER MOON
SOCIETY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-2-09066-1, Gerald L. Knight, J.,
entered January 18, 2008. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Grosse and Leach, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN D. ADAMS,
*Appellant*.

Appeals from a judgment of the Superior Court for Skagit
County, No. 07-1-00699-0, John M. Meyer, J., entered May
1, 2008. *Affirmed* by unpublished opinion per Leach, J.,
concurred in by Grosse and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. EARL IRA BOWMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-04352-3, Steven C. Gonzalez, J., entered
April 21, 2008. *Affirmed* by unpublished opinion per Leach,
J., concurred in by Grosse and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE EARL YORK,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-08487-4, Christopher A. Washington, J.,
entered May 19, 2008. *Affirmed* by unpublished opinion per
Leach, J., concurred in by Schindler, C.J., and Ellington, J.